Sharon Alicia Burke Anzaldi

                                                            **United States District Court**
                                        )     **Northern District of Illinois**
               Plaintiff     )
                           )                 **NE FILED**
               v.            )
                           )                 APR 23 2012
             Defendant )
                                                     **THOMAS G. BRUTON**
                      **COMPLAINT**     **CLERK, U.S. DISTRICT COURT**

1. Rachel Marie Cannon
2. Jeffery Cole - Judge
3. Martin C. Ashman Judge
4. Jeffery Gilbert Judge
5. David White - FBI Agent
6. Nick Zagotta - CID Treasury Agent
7. Unidentified Man w/ Rifle

12cv2987
Judge Milton I. Shadur
Magistrate Michael T. Mason

Sharon Alicia Burke Anzaldi;

American National Sentient Woman

c/o 2406 N. 76th Court

Elmwood Park, Illinois

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

PREPARED By; Sharon Alicia Burke Anzaldi



Sharon Alicia Burke Anzaldi
American National Status as
Recorded In the Court of Records
"Act of State" Internationally
c/o 2406 N 76th. Court
Elmwood, Illinois [60707-9998]
Non domestic. w/o the U.S.
773-251-2833



Doc#: 1211148003 Fee: $64.00
Eugene "Gene" Moore
Cook County Recorder of Deeds
Date: 04/20/2012 03:04 PM Pg: 1 of 14

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Complaint For
Civil Rights Violation

Sharon Alicia Burke Anzaldi
American National Status
c/o 2406 N 76th. Court
Elmwood Park, Illinois [60707-9998]

        Plaintiff,

vs.
United States District Court
Rachel Marie Cannon-District Attorney
219 S Dearborn Street-Suite 500
Chicago, Illinois 60604
&
AUSA
United States Attorney's Office, et, al(NDIL)
219 S. Dearborn Street-Suite 500
Chicago, Illinois 60604
&
United States District Court
Magistrate Judge Jeffery Cole
219 S Dearborn Street-Suite 138
Chicago, Illinois 60604
&
United States District Court
Magistrate Judge Martin C. Ashman
219 S Dearborn Street-Suite 1801
Chicago, Illinois 60604
&

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. ~~~~~~

JUDGE: <u>Judge Harry Leinenweber-Retired</u>

<u>CIVIL RIGHTS COMPLAINT</u>

<u>TRIAL BY JURY DEMANDED</u>

<u>42 U.S.C. 1983. 1985. 1986</u>

<u>NONFEASANCE.
MALFFEASANCE.
MISFEASANCE AND LIBEL</u>

"THE CONSTITUTION IS THE SUPREME LAW OF THE LAND"

| | |
|---|---|
| United States District Court )<br>Magistrate Judge Jeffery Gilbert )<br>219 S Dearborn Street- Suite 1386 )<br>Chicago, Illinois 60604 )<br>& )<br>David White, et, al -FBI Agent )<br>2111 W. Roosevelt Road )<br>Chicago, Illinois 60608-1128 )<br>&<br>Nick Zagotta, et, al -Treasury Agent<br>69 W Washington Blvd-Suite 400<br>Chicago, Illinois 60602<br>&<br>Unidentified Federal Arresting Officer<br>Refused to identify himself, produce an Arrest<br>Warrant<br><br>Defendants | TRIAL BY JURY Demanded<br>Herein |

## *INTRODUCTION & OPENING STATEMEMT*

This is an action brought by the Plaintiff Sharon Alicia Burke Anzaldi against State and or Federal Officials acting under the **Color of Law** committing civil rights violations involving wrongful arrest, restriction of freedom of movement, theft of personal property, conspiracy against rights, theft of dna, fingerprints, and photograph, paperwork, computer, CD's, thumb drive, criminal trespass, wiretapping, harassment of being targeted, followed, defamation of character and wrongful detention, kidnapping, excessive force and abuse of authority.

At all times relevant herein the Defendants, including Federal Officials certain Private Parties acting under the **Color of Law** and outside the scope of their jurisdiction and authority, willfully caused the Plaintiff damage of physical and emotional injury, and in so doing, violated clearly established law, as the laws apply to Plaintiff's rights protected under the Constitution, particularly under the 1st, 4th, 5th, 6th or7th, 8th, 9th, 11th and 14th Amendments.

"THE CONSTITUTION IS THE SUPREME LAW OF THE LAND"

Be it known, each of the Defendants/ Federal Officials herein have sworn an "oath of office" to uphold the rights of the people guaranteed by the Constitution and the Bill of Rights in regards to their duties and therefore each of their acts under **"color of law"** of state and federal law are in direct violation to their oath of office which equates to **CRIMINAL CONSPIRACY** under section 1985. All Defendant actions are tantamount to nothing less than **CRIMINAL TREASON** and warring against the united States Constitution and the People of the United States of America.

## *JURISDICTION and VENUE*

*I.*

**Plaintiff** brings this action pursuant to sections 1983, 1985, 1986, and 1988, and invokes the court pursuant to Title 28 USC Section 1343 (A) (3) (4), Section 1331, and pursuant to the 14th Amendment, Title 42 USC Section. 1983, and the Civil Rights Act of 1870. Proposed offences relevant to the allegations supposedly committed within the geographical jurisdiction, however, this Court is moving under **"Color of Law"** lacking in **Substantive Law, Personam Jurisdiction and Subject Matter Jurisdiction.**

### *II. PARTIES*

1. **Plaintiff**, Sharon Alicia Burke Anzaldi, herein after "Sharon Alicia", at all times relevant herein, has lived in the Northern District of Illinois since June 15th, 1946. Is ALIVE, FOUND, RETURNED, COMPETANT and the age of MAJORITY, recorded Executrix, Grantor, Settlor, Beneficiary, American National Woman and competent to handle all my affairs.

2. **Defendant**, Rachel Marie Cannon-Prosecuting Attorney for the U.S. District Court herein after "Rachel Marie Cannon," at all times relevant to this complaint, was acting as a Federally

**"THE CONSTITUTION IS THE SUPREME LAW OF THE LAND"**

employed, compensated, enriched, and rewarded Prosecution Attorney for the United States Attorney's Office (NDIL) of Illinois in the State of Illinois. Rachel Marie Cannon is being sued individually and in her official capacity.

3. **Defendant**, United States District Court Magistrate Judge Jeffery Cole, herein after " Judge Cole," at all times relevant to this Complaint, was acting as a Federally employed, compensated, enriched, and rewarded Magistrate Judge for the United States District Court of Northern District of Illinois Eastern Division of the State Illinois, responsible for making sure "Subject Matter Jurisdiction" was satisfied at all times and to adhere to his "Oath of Office" to protect the Constitutional Rights of all people before him and must guarantee due process of law and a fair and unbiased course of events. Judge Jeffery Cole is being sued individually and in his official capacity. All Warrants signed by a Judge Cole were to be supported with a sworn Affidavit of Fact, signed under penalty of perjury as an attachment and presented with the Warrant upon request. Judge Cole did not have a signed Affidavit and the case was dropped, however, under that defective warrant, my personal belongs were removed from my home and never returned. Due to the bogus warrant all evidence has to be eliminated as "fruit of the poison tree."

4. **Defendant**, United States District Court Magistrate Judge Martin C. Ashman, herein after "Judge Ashman" at all times relevant to this Complaint, was acting as a Federally Employed, compensated, enriched and rewarded Magistrate Judge for the United States District Court of Northern District of Illinois Eastern Division of the State of Illinois, is responsible for satisfying the components of "Subject Matter Jurisdiction" and adhere to his "Oath of Office" to protect the Constitutional Rights of all people before him. The Judge's must protect due process of law and maintain an unbiased course of events. Judge Ashman shall not practice law from the bench,

nor, enter a plea for a defendant without consent. Defendant, Magistrate Judge Ashman is being sued individually and in his official capacity.

5. **Defendant**, United States District Court Magistrate Judge Jeffery T. Gilbert, herein after "Judge Gilbert" at all times relevant to this Complaint, was acting as a Federally Employed, compensated, enriched, and rewarded Magistrate Judge for the United States District Court of Northern District of Illinois Eastern Division of the State Illinois, responsible for making sure Subject Matter Jurisdiction was satisfied prior to signing an Arrest Warrant. All Warrants must be supported with an Affidavit of Fact signed under Penalty of Perjury as an attachment to the actual Warrant. All Judges must present upon request and adhere to their "Oath of Office" to protect the Constitutional Rights of all people before him and must guarantee a fair and unbiased course of events always mindful of "due process of law" Defendant, Magistrate Judge Jeffery T. Gilbert is being sued individually and in his official capacity.

6. **Defendant**, David White Federal Bureau of Investigation Agent, herein after "David White" at all times relevant to this Complaint, was acting as an Agent for the FBI, duly employed, compensated, enriched, and rewarded performing his duties as an FBI AGENT is being sued individually and in his official capacity. FBI Agents shall not defame, slander, threaten, endanger, convey fraudulent information, wire tap, survail or disrupt anyone's rights without a signed Warrant with an attached Affidavit signed under penalty of perjury.

7. **Defendant**, Nick Zagotta Treasury Agent for Internal Revenue, herein after "Nick Zagotta" at all times relevant to this Complaint, was acting as Treasury Agent/Criminal Investigation Department, duly employed, compensated, enriched, rewarded for performing his duties and a

Treasury Agent is being sued individually and in his official capacity for continued harassment under Color of Law.

8. Defendant, also known as an unknown terrorist (believe he was a Marshall) at all times relevant to this Complaint, was acting as an enforcement terrorist for some Agency and or Department, duly employed, compensated, enriched rewarded for performing his duties as an Enforcement Agent is being sued individually and in his Official Capacity. It was the responsibility of the terrorist to hand me a valid Arrest Warrant with an Affidavit signed under penalty of perjury.

### III. AFFIDAVIT OF FACTS

1. On February 11th, 2010 Magistrate Judge Jeffery Cole signed a Search Warrant without an attached Affidavit signed under penalty of perjury. On February 17th, Six FBI Agents and two Sheriffs raided my home. The FBI Agents removed my computer, personal CDs, personal papers, books, Certified Birth Certificates and two Apostilled Act's of State from my home, never to be returned except for the Computer. After the Agents left my home, I began to gather thoughts to respond by Registered Mail with prepaid stamps addressing all implications the agents were making against me. The Agents have defamed and slandered my character with as many as 10 people while flashing my photo around town. Within 30 days, I demanded a Verified Affidavit of Fact signed under penalty of perjury that should have been attached to the Search Warrant in the first place. Judge Cole failed to respond within 30 days and the case was closed according to Pacer Records. Fourteen months later the same two Agents, known as David White-FBI Agent

and Nick Zagotta-IRS CID Agent began interrogating people again while defaming my character.

2. On November 18th, 2011 at 8:30 a.m. my doorbell rang, when I opened the door an assault rifle was pushed in my face with a crazed man at the other end of the rifle yelling "your under arrest and your leaving right now" when I asked why and where we were going, I was told "you will find out when you get there". After I was physically removed from my home at rifle point, handcuffed and thrown into the back seat of a car. Again, I asked for an Arrest Warrant and told "I would see Warrant later" I was taken to the FBI Building in Chicago on Roosevelt Road and placed into a room. I was then forced to have an FBI Photo taken, fingerprints were taken and I was swabbed for my DNA...I sat there for several more hours before I was transported to the Federal Building and locked up until another intake person came and demanded another Photo, Fingerprints and, DNA Swab and stripped down cavity search and placed in a tiny jail cell. Later that afternoon, I was brought into a Court Room, only to be greeted with an attorney stating that I had to sign a Recognizance Bond for $10,000. I did sign under duress, while reserving my rights. Judge Ashman subsequently entered the room. "I asked Judge Ashman why I was brought there" then District Attorney Rachel Marie Cannon started reading some ridiculous charges. I told the Judge Ashman the name on the Indictment was not me, as I am not a Corporate Fiction aka SHARON ANDALDI. I also told Judge Ashman I was not accepting a public defender because they are actually Officer's of the Court and I thought that was a "conflict of Interest", however, I would reserve that right for a later date. At that point Judge Ashman asked if I was pleading Guilty or Not Guilty and I stated "I was not pleading to any of the ridiculous charges as I am innocent," Judge Ashman then crossed the line to the side of the Prosecuting Attorney and entered a Plea

"THE CONSTITUTION IS THE SUPREME LAW OF THE LAND"

of Not Guilty without my consent. That blatant act violated my **due process of law, conspired against my rights and he began practicing law from the bench.**

3. As a condition for my release from the Court Custody/Prison, I had to interview with a Pre-Trial person who further violated my Constitutional Rights by demanding I surrender my Passport, submit to drug testing, report to him on a regular basis and remain in the northern section of Illinois as a condition of my Bond and or release. The restriction of movement to the northern section of Illinois and loss of freedom of liberty has basically placed me under house arrest since November 18th, 2011 without "due process of law."

4 A few days later I went to the Federal Building and started reading my case on the Pacer Site when I discovered additional Fraud placed in the **Minutes** that were written by Judge Gilbert as follows " **Defendant, SHARON ANZALDI waived a formal reading of the Indictment and entered a plea of not guilty to each charge and all counts of the Indictment in which she is named.**" Judge Jeffery T. Gilbert is also the Judge that signed a Bench Warrant for my arrest without an attached Affidavit. For the record there never was an Arrest Warrant presented to me even after several requests, hence, no Affidavit Determinate. The INDICTMENT presented to me was also fraudulent in that it lacked a TRUE BULL signature of a JURY FOREPERSON, and or signature of the UNITED STATES ATTORNEY. The Indictment was UNSIGNED and issued in the name of SHARON ANZALDI, which are a state created entity aka known as a CESTUI QUI TRUST/ FICTITIOUS ENTITY.

5 **I was kidnapped and charged under "Color of Law" with a FELONY CRIMINAL OFFENCE. In reality, ALL CRIMES ARE COMMERCIAL AND CIVIL IN**

**NATURE. In all Court Systems people are converted to an object for commercial use/trading. According to 27 CFR 72.11, burglary, counterfeiting, forgery, kidnapping, larceny, illegal sale or possession of weapons, prostitution, extortion swindling, even murder are considered civil/commercial and traded on Wall Street through Financial Brokers such as Fidelity. All Docket Numbers and or Case numbers are trading and assigned CUSIP Numbers =Committee or Uniform Securities Identification Process and or procedures. Simply stated, there are no CRIMINAL OFFENCES and my body was converted to a commodity, which means the COURT IS A WILLING PARTICIPANT AND ACTIVELY INVOLVED IN A "CONSPIRACY AGAINST MY RIGHTS" AND PROFITING FROM MY CASE. TITLE 18, 241, AND EFFECTS MY "DUE PROCESS OF LAW" TITLE 18, 242 . THIS IS ALSO "FRAUD UPON THE COURT" AND "FRAUD UPON THE COURT BY THE COURT". MY DOCKET NUMBERS ARE TRADING ON FIDELITY. I HAVE PRINTED COPIES OF ALL TRANSACTIONS…..SEEMS THESE DOCKET NUMBERS ARE WORTH BILLIONS………THAT APPEARS TO BE A BLATANT CONFLICT OF INTEREST.**

## LIST OF CIVIL RIGHTS VIOLATIONS

As a proximate and direct result of the actions of all defendants herein, my 1st, 4th, 5th, 6th, 7th, 8th, 9th, 11th and 14th Amendments were knowingly violated in direct violation of clearly established Federal law.

1. At all times herein, the defendants were acting in concert and under "color of law."

**"THE CONSTITUTION IS THE SUPREME LAW OF THE LAND"**

2. All of the Defendants, at all times related herein, acted wantonly, recklessly, willfully and maliciously, and "in concert" with additional federal officers showing a deliberate indifference towards Sharon Alicia Burke-Anzaldi and 1st, 4th, 5th, 6th, 7th, 8th, 9th, 11th, and 14th. Amendments rights protected, and guaranteed, by the Constitution, with the direct intent and sole purpose of injuring, humiliating, vexing, oppressing, and causing mental anguish to Sharon Alicia Burke Anzaldi. As a direct and/or proximate result of Defendants actions, Sharon Alicia Burke Anzaldi is seeking an additional $50,000.00 per day for punitive damages due to the flagrant restrictions on my freedom.

## *FEDERAL CAUSES OF ACTION*

### As and for a first cause of Action

Upon information and belief, the Plaintiff, Sharon Alicia Burke Anzaldi, being sued as a "person" aka a corporation, maintains a pattern and practice of depriving liberty and property, and causing damage without probable cause or proper foundation as secured by the Constitution as demonstrated by the deprivation of 1st, 4th, 5th, 6th, 7th, 8th, 9th, 11th, 14th rights.

### As and for a second cause of Action

Upon information and belief, the Defendants failed and/or neglected to properly perform and conduct themselves as employees by committing ultra vires acts beyond their scope of authority as officers of the court, federal judges, investigative and enforcement as Public Servants with respect to individual rights as protected by the Constitution as made evident by the several severe abuses and damages sustained by Sharon Alicia Burke Anzaldi.

### As and for a third cause of Action

**"THE CONSTITUTION IS THE SUPREME LAW OF THE LAND"**

At all time relevant, all defendants, especially David White, Nick Zagotta, Rachel Cannon, Judge Cole, Judge Gilbert and Judge Ashman Johnson, were not acting within their respective Oaths of Office and the scope of their presumed duties as employees of FBI, Treasury Department, Federal Court System when depriving Sharon Alicia Burke Anzaldi of her rights, liberty, and freedom from unprovoked attacks, unlawful arrest, denial of "due process of law", "conspiracy against rights" and other violations of clearly established laws protected by the 1st, 4th, 5th, 7th, 8th, 9th, 11th and 14th amendments.

27. Sharon Alicia Burke Anzaldi has been forced to suffer emotional cruel and unusual punishment, in direct violation of the Eighth Amendment, by combined unreasonable actions of Defendants David White-FBI and Nick Zagotta-Treasury Department as shown above and it is unreasonable that any normal being would not have known that threatening the life and safety of a human being would be a clear violation of Sharon Alicia Burke Anzaldi's rights and beyond the scope of every Agent's authority, which is a clear action of excessive force.

Defendant's respective Employers are liable under the Doctrine of *Respondent Superior* for the acts of their employees committed within the scope of their employee duties, but outside the scope of their discretion in a long train of abuses which appears to be a acceptable behavior, customary policy, and or practice to violate clearly established law.

WHEREFORE Sharon Alicia Burke Anzaldi demands the removal of all Photos, Fingerprints and DNA from all Data Bases and Judgment against the Defendants, jointly and severally, as follows:

a. as compensatory damages, the sum of $1,000,000.00 per violation per Defendant (8) x 9 Constitutional/Civil Right violations=$720,000.000.00 Million.

b. as punitive damages, the sum of $50,000/day x 154 days=$7,700,000.00 million for placing Sharon Alicia Burke under restriction of movement and negatively impacting my quality of life without "due process of law."

c. all costs and disbursements of this action;

d. all attorney's fees incurred in prosecuting this action pursuant to 42 U.S.C. 1988;

d. the right to amend this complaint as warranted by further evidence and fact finding;

f. and other such further relief as to the Court seems proper.

**Total Violations to date equate to $727,700,000.00**

### TRIAL BY JURY IS HEREBY DEMANDED

Respectfully submitted,

_____

Sharon Alicia Burke Anzaldi, Sentient Woman
American National Status-All Rights Reserved
c/o 2406 N. 76th. Court
non-domestic
Elmwood Park, Illinois

Page **12** of **14**

**"THE CONSTITUTION IS THE SUPREME LAW OF THE LAND"**

## JURAT

State of Illinois            )
                             ) SS
County of Cook               )

      The Plaintiff, Sharon Alicia Burke Anzaldi personally appeared before me, a Notary, and proved to me on the basis of satisfactory evidence and indentification to be the woman whose name is subscribed to the within instrument, and that by her signature on this Complaint to the United States District Court. Name in the attached Complaint for Damages, does affirm by her signature hereon, the facts and allege therein and further affirm said facts and allegations to be true and correct to the best of her knowledge and belief so help me God.

                                 Sharon Alicia Burke Anzaldi,
                                 All Rights Reserved
                                 c/o 2406 N 76th Court
                                 non-domestic
                                 Elmwood Park, Illinois

Under Oath this __20th__ day of April, A.D. 2012

__ALINA MIKOLAJCZYK__
Notary name PRINTED

Notary Signature _____
My Commission expires __10/29/2012__

           Seal/Stamp

> OFFICIAL SEAL
> ALINA MIKOLAJCZYK
> Notary Public - State of Illinois
> My Commission Expires Oct 29, 2012

Page 13 of 14

**"THE CONSTITUTION IS THE SUPREME LAW OF THE LAND"**

# I, AFFIDAVIT OF STATUS FOR PLAINTIFF Sharon Alicia Burke Anzaldi

I aver, assert and affirm that my lawful name is Sharon Alicia Burke Anzaldi. I verily state that my Status has already been declared and recorded in the Court of Record as an American National Sentient Woman. I am also registered at the Hague and expatriated from the feudal FEDERAL SYSTEM and repatriated into the organ united States of America.

_____All Rights Reserved

[Seal: FOUND-RETURNED-COMPETENT-MAJORITY "ALIVE" 112-46-27640]