IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **SHARON ALICIA BURKE ANZALDI**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12 C 2987 |
| | ) | |
| **RACHEL MARIE CANNON**, et al., | ) | |
| | ) | |
| Defendants.[1] | ) | |

**MEMORANDUM ORDER**

Unsuccessful in her effort to wreak vengeance against judicial officers and the prosecutor who are involved in the federal criminal case against her -- an effort that is clearly in retaliation for their performance of their assigned roles in her prosecution on those criminal charges -- Sharon Alicia Burke Anzaldi ("Anzaldi") has now turned (perhaps predictably) to launching ad hominem attacks against this Court for doing its job in addressing her groundless Complaint filed against those federal targets. Because Anzaldi's September 7 filing has permitted more than Fed. R. Civ. P. ("Rule") 59(e)'s nonextendable 28 day time limit to elapse following this Court's August 7, 2012 dismissal of her action, that Rule is unavailable to her -- and she has shown no basis for relief under Rule 60(b).

This Court will not retaliate in kind against the base canards contained in Anzaldi's current "Motion To Void Judgment/Memorandum For Violations of Civil Rights, Due Process of Law and Malicious Conduct Unbecoming a Federal Judge," even by cataloging the outright

---

[1] This is the correct case caption, although the current motion lists the "United States of America" as defendant. That may be a Freudian slip, because the underlying Complaint and many of plaintiff's filings read as though she is indeed at war with the United States.

falsehoods included in her statement.[2] Instead, because the bulk of Anzaldi's current filing reconfirms the bizarre world in which she seems to function, and because this Court's dismissal order was entirely appropriate, her current motion is denied.

                                                     _____
                                                     Milton I. Shadur
                                                     Senior United States District Judge

Date: September 12, 2012

---

[2] Objective evidence, such as the transcripts of in-court proceedings, would put the lie to the various distorted versions offered up by Anzaldi. And as another example of revisionist history, it is flat-out false for Anzaldi to say in Motion ¶ 4 that this Court "stack[ed] the court room with 7-8 enforcement personnel" -- where she got that idea is a total mystery.